■ ALEXANDER OGNENOVSKI et al., Respondents, v JEANNETTE WEGMAN, Appellant, et al., Defendants. (Appeal No. 2.) [714 NYS2d 913] —Order unanimously affirmed without costs. Same Memorandum as in *Ognenovski v Wegman* ([appeal No. 1] — AD2d — [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Injunction.) Present—Pigott, Jr., P. J., Wisner, Scudder and Lawton, JJ.

■ ALEXANDER OGNENOVSKI et al., Respondents, v JEANETTE WEGMAN, Appellant, et al., Defendants. (Appeal No. 3.) [714 NYS2d 913] —Order unanimously affirmed without costs. Same Memorandum as in *Ognenovski v Wegman* ([appeal No. 1] — AD2d — [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Wisner, Scudder and Lawton, JJ.